IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**CHARLES H. THOMPSON**                                                                          **PLAINTIFF**

**VS.**                               **CASE NO. 1:11-CV-01012-RTD**

**SCOTT PETROLEUM CORPORATION**                                                    **DEFENDANT**

## JOINT RULE 26 (F) REPORT

The parties held their Fed. R. Civ. P. 26 (f) conference on April 27, 2011. Undersigned counsel for the parties agreed upon the following matters relating to the conduct of this action:

1. **REQUESTED INFORMATION:** Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).

   **ANSWER:** None.

2. **REQUESTED INFORMATION:** Date when mandatory disclosures were or will be made.

   **ANSWER:** May 11, 2011.

3. **REQUESTED INFORMATION:** Subjects on which discovery may be needed.

   **ANSWER:** All issues fixed by the pleadings, including liability, damages and affirmative defenses.

4. **REQUESTED INFORMATION:** Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.

   **ANSWER:** It is likely that the parties will be requested to disclose or produce

information from electronic or computer based media. Any such disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business. The parties do not anticipate problems agreeing to the format and media for production of such data or the procedures for such production, and they are taking reasonable measures to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise.

5. **REQUESTED INFORMATION:** Date by which discovery should be completed.

**ANSWER:** November 27, 2011.

6. **REQUESTED INFORMATION:** Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

**ANSWER:** None at this time.

7. **REQUESTED INFORMATION:** Any Orders, e.g. protective orders, which should be entered.

**ANSWER:** The parties will negotiate and agree to a protective order if necessary. If an agreement cannot be reached, a request will be made to the court.

8. **REQUESTED INFORMATION:** Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

**ANSWER:** None.

9. **REQUESTED INFORMATION:** Any objections to the proposed trial date.

**ANSWER:** None.

10. **REQUESTED INFORMATION:** Proposed deadline for joining other parties and amending the pleadings.

**ANSWER:** September 27, 2011.

11. **REQUESTED INFORMATION:** Proposed deadline for completing discovery.

**ANSWER:** November 27, 2011.

12. **REQUESTED INFORMATION:** Proposed deadline for filing motions other than motions for class certification.

**ANSWER:** For motions other than motions in limine, December 27, 2011. For motions in limine, February 26, 2012.

13. **REQUESTED INFORMATION:** Class certification: in the class of a class action complaint, the proposed deadline for the parties to file a motion for class certification.

**ANSWER:** Not applicable.

        **DAVIDSON LAW FIRM, LTD.**
        P.O. Box 1300
        Little Rock, AR 72203
        Telephone No. (501) 374-9977
        pauld@dlf-ar.com


        By   /s/ J. Paul Davidson
             J. Paul Davidson, ABN 2006291
             Counsel for Plaintiff

> **BRIDGES, YOUNG, MATTHEWS**
> **& DRAKE PLC**
> P. O. Box 7808
> Pine Bluff, AR 71611
> Telephone No. (870) 534-5532
> jacktalbot@bridgesplc.com
>
>
> By_____*John P Talbot*_____
> John P. Talbot, ABN 97119
> Counsel for Defendant