```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   EL DORADO DIVISION
```

CHARLES H. THOMPSON,                                    PLAINTIFF

v.                        Case No. 11-1012

SCOTT PETROLEUM CORPORATION                             DEFENDANT

<u>JUDGMENT</u>

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant's Motion for Summary Judgment (Doc. 10) is **DENIED**. Plaintiff's Motion for Summary Judgment (Doc. 18) is also **DENIED. The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 9th day of March, 2012.

<u>/s/ Robert T. Dawson</u><br>
Honorable Robert T. Dawson<br>
United States District Judge