IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CHARLES H. THOMPSON,                                    PLAINTIFF

v.                              Case No. 11-1012

SCOTT PETROLEUM CORPORATION                            DEFENDANT

AMENDED ORDER

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant's Motion for Summary Judgment (Doc. 10) is **DENIED.** Plaintiff's Motion for Summary Judgment (Doc. 18) is also **DENIED.** This interlocutory denial of summary judgment is not appealable.

IT IS SO ORDERED this 9th day of March, 2012.


/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge