```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     EL DORADO DIVISION
```

CHARLES H. THOMPSON                                         PLAINTIFF

   v.                    Civ. No. 11-1012

SCOTT PETROLEUM CORPORATION                                 DEFENDANT

## ORDER

Now on this 26th day of July, 2012, comes on for consideration the parties' Joint Motion to Dismiss (Doc. 39).

IT APPEARING to the Court that the settlement agreement is complete, counsel for the parties having so advised, it is ORDERED that the case be dismissed with prejudice, subject to the terms of the agreement. Plaintiff's Motion to Dismiss (Doc. 39) is **GRANTED** and each side is to bear its own costs.

IT IS SO ORDERED.

                                /s/ Robert T. Dawson  
                                Honorable Robert T. Dawson  
                                United States District Judge